Fontanella Daniel Stephen, D.C., as Assignee of Joshua German, John Sosa, Hector Delacruz and Diane Rodriguez, Respondent,
against
NY Central Mut. Fire Ins. Co., Appellant.



Appeal from an order of the Civil Court of the City of New York, Queens County (Jodi Orlow, J.), entered May 23, 2013. The order, insofar as appealed from, denied the branches of defendant's motion seeking summary judgment dismissing 50 of the complaint's causes of action.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint, which motion plaintiff opposed. By order entered May 23, 2013, the Civil Court granted the branches of defendant's motion seeking the dismissal of 50 of the complaint's causes of action and denied the branches seeking dismissal of the remaining 50 causes of action. Defendant appeals from so much of the order as denied the branches of its motion.
Upon a review of the record, we find that defendant's moving papers do not establish defendant's prima facie entitlement to summary judgment dismissing the remaining 50 causes of action, as defendant failed to conclusively demonstrate that its time to pay or deny the claims at issue had been tolled.
Accordingly, the order, insofar as appealed from, is affirmed.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: June 23, 2016